IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORRIS S. WATSON, JR. AND<br>SANDRA JO WATSON, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:10-CV-00955-D |
| TOYOTA MOTOR CORPORATION, | §<br>§<br>§ | |
| Defendant | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be considered the Plaintiffs' Agreed Motion to Dismiss with Prejudice, wherein Plaintiffs Morris S. Watson, Jr. and Sandra Jo Watson ("Plaintiffs"), announced to the Court that Plaintiffs' claims against Defendant Toyota Motor Corporation have been resolved, and further moved the Court for dismissal of all Plaintiffs' claims and causes of action against Defendant Toyota Motor Corporation with prejudice to the refilling of same. The Court is of the opinion that such Motion should, in all things, be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' claims and causes of action against Defendant Toyota Motor Corporation in the above-entitled and numbered cause are hereby dismissed with prejudice to the refilling of same in any form whatsoever, with the parties' taxable court costs to be paid by the party incurring same.

**IT IS SO ORDERED**.

SIGNED April 7, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

**APPROVED**:

_____
**E. TODD TRACY (Lead Attorney)**
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
**I. SCOTT LIDJI**
State Bar No. 24000336
slidgi@vehiclesafetyfirm.com

**THE TRACY FIRM**
5473 Blair Road, Suite 200
Dallas, TX 75231
Telephone:     214.324.9000
Facsimile:     972.387.2208

**ATTORNEYS FOR PLAINTIFFS**


_____
**KURT C. KERN (Lead Attorney)**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**TANYA B. SCARBROUGH**
State Bar No. 24049268
Tanya.scarbrough@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2711 N. Haskell Avenue, Suite 650
Dallas, TX 75204
Telephone:  972.616.1700
Facsimile:   972.616.1701

**ATTORNEYS FOR DEFENDANT
TOYOTA MOTOR CORPORATION**

_____